FILED
2015 Apr-23 PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# A


ELECTRONICALLY FILED
11/20/2014 12:10 PM
01-CV-2013-902959.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| BERRY L. PERRY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: CV-2013-902959 |
| RED ROCK REALTY COMPANY, INC., et al. | ) |
| Defendant/Third Party Plaintiff. | ) |
| vs. | ) |
| HAMILTON ASSET MANAGEMENT, L.L.C, | ) |
| Third Party Defendant. | ) |

## THIRD PARTY COMPLAINT

Defendant and Third Party Plaintiff Red Rock Realty Company, Inc. claims from Defendant Hamilton Asset Management, L.L.C. indemnity pursuant to the provisions of the contract referred to herein as follows:

1. Red Rock Realty Company, Inc. is an Alabama corporation with its principal place of business located in Birmingham and is the successor and interest to Property Managers, Inc.

2. While the Plaintiff's Complaint does not reflect the location of the apartment where he was living at the time of the occurrence it was in an apartment complex located at 4112-4128 5th Avenue South in Birmingham, Jefferson County, Alabama.

3. That apartment complex is and was owned by Hamilton Asset Management, Inc.

4. On or about July 1, 2008, Hamilton entered into an agreement with Property Managers, Inc. (the predecessor company to Red Rock Realty Company, Inc.) whereby Property Managers was to manage that apartment complex referred to herein.

5. The management services agreement in effect between the parties, Property Managers, Inc. and Hamilton Asset Management, L.L.C. was to automatically renew for successive one year periods and was in full force and effect at all times referred to in Plaintiff's Complaint.

6. The Property Management contract contains the following:

> 12. Indemnity. Owner shall indemnify and hold Property Managers harmless from and against all claims, demands, damages, suits, causes of action and other proceedings arising directly or indirectly from…(b) defects in the design and construction of the property, whether known or unknown.

7. The Property Management Agreement Contract by and between Property Managers (Red Rock) and Hamilton Asset Management required Hamilton as owner to provide insurance coverage. Paragraph 13 of the Agreement provides as follows:

> Owner (Hamilton) shall provide at its expense general liability insurance covering the property in an amount of not less than One Million Dollars ($1,000,000) single limit coverage for personal injury and property damage occurring on or adjacent to the property. Such insurance shall name property manager as an additional insured….

8. Claims presented in the lawsuit by Berry Perry arise out of defects in the design and construction of the property and accordingly are covered under Paragraph 12 dealing with indemnity.

9. The contract required Hamilton to provide insurance coverage which it did with two different companies. Property Managers (Red Rock) was or should have been an additional insured under such policies and accordingly, the insurance companies had an obligation to

defend Property Managers (Red Rock) in this case and if they do not Hamilton is obligated to defend and indemnify Red Rock.

## COUNT I
## INDEMNITY

On or about July 1, 2008 by contract, Third Party Defendant Hamilton Asset Management, L.L.C. agreed to indemnify Third Party Plaintiff from any causes of action asserted against the Third Party Plaintiff based on defects in the design and construction of that property located at 4112-4128 5th Avenue South in Birmingham, Jefferson County, Alabama. A demand has been made for indemnification upon Hamilton Asset Management which has refused to take over handling of the litigation. Wherefore, Red Rock Realty Company, Inc. as successor to Property Managers, Inc. claims from Third Party Defendant Hamilton Asset Management, L.L.C. any and all sums that might be adjudicated in favor of Plaintiff and against Defendant Red Rock.

## COUNT II
## CONTRACT

The Third Party Plaintiff claims that by contract between Property Managers, Inc. and Hamilton Asset Management, L.L.C., Hamilton was obligated to provide a policy of general liability insurance naming Property Managers as an additional insured under such policy. Hamilton Asset Management either failed to have Property Managers and its successors named as an additional insured or failed to see that such insurance companies selected by it to provide its general liability insurance company would provide general liability insurance coverage to its additional insured.

*/s/Jay Clark*  
John W. Clark, Jr.  
Attorney for Defendant

OF COUNSEL:

Clark, Hair & Smith, P.C.  
1000 Urban Center, Suite 125  
Birmingham, Alabama  35242  
205-397-2900  
205-397-2901 – Fax  
Email:  jclark@chslaw.com

### DEFENDANT AND THIRD PARTY PLAINTIFF DEMANDS TRIAL BY JURY OF ALL ISSUES HEREIN

### CERTIFICATE OF SERVICE

  I hereby certify that on this the 20th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the Alabama e-filing system which will send notification of such filing; and I hereby certify that any non e-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

William W. Smith, Esq.  
Smith & Alspaugh, P.C.  
1100 Financial Center  
505 North 20th Street  
Birmingham, Alabama 35203  
(205) 324-8910  
(205) 324-8929 – Fax  
Email: wsmith@smithalspaugh.com

 s/Jay Clark  
Of Counsel